United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER WILSON,<br><br>            Plaintiff,<br><br>       v.<br><br>ABM BUILDING SOLUTIONS, LLC, et al.,<br><br>            Defendants. | Case No. 23-cv-04245-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 40 |

The parties filed a notice advising the Court that the parties in above captioned matter settled.  They appear to expect to file a stipulation of dismissal within sixty days.  In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however that if any party hereto shall certify to this Court within ninety days, with proof of service, that the settlement was not consummated or that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated, and this case shall be restored to the calendar.  If no certification is filed, after passage of ninety days, the dismissal shall be with prejudice.

**IT IS SO ORDERED**.

Dated: February 26, 2025



SALLIE KIM
United States Magistrate Judge